IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | Misc. No. 3:16mj434 |
| ) | |
| THE EXTRADITION OF ) | **ORDER** |
| ) | **FILED** |
| ANDAIN MARTIN ) | **CHARLOTTE, NC** |
| ) | **UNDER SEAL** |
| a/k/a "Kevin Omar Brown" ) | NOV 15 2016 |
| | US District Court |
| | Western District of NC |

Upon motion of the United States and for the reasons set forth in the Affidavit, it is hereby ORDERED that the Warrant, Application, Affidavit and accompanying paperwork in the above captioned matter are hereby placed under seal.

This __15__ day of November 2016.

_____
David S. Cayer
United States Magistrate Judge